```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION
                  CASE NO. 06-20635-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

LUISDEY MAZAORRA PEREZ,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on December 5, 2006. A Report and Recommendation filed on December 15, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2007.

                                                 _____
                                                 DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Daniel Bernstein, AUSA
        Anne Lyons, AFPD
```